UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FRANK PALMIERI, JR.
    Plaintiff

v.                                  CIVIL NO. 3:03CV0131 (WWE)

THE SPORTS AUTHORITY, INC.
    Defendant                      February 10, 2003

### PLAINTIFF'S MOTION TO EXTEND TIME

The plaintiff moves the court for a extension of two (2) weeks within which to review and sign the Release and file the Stipulation of Dismissal in connection with this action.

THE PLAINTIFF

BY _____
Herbert I. Mendelsohn (ct 00249)
416 Highland Avenue
Cheshire, CT 06410
203-651-0094

### CERTIFICATION OF SERVICE

This will certify that a copy of the foregoing was mailed this date to Holly L. Cini, Jackson Lewis, LLP, 55 Farmington Avenue, Suite 1200, Hartford, CT 06105.

_____
Herbert I. Mendelsohn