UNITED STATES DISTRICT COURT   FILED

DISTRICT OF CONNECTICUT

2004 FEB 13  P 3:36

FRANK PALMIERI

v.   3:03CV131 WWE

SPORTS AUTHORITY

## JUDGMENT

On January 5, 2004, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before February 6, 2004. No closing papers have been received and no requests for continuance have been filed.

Therefore, it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 13th day of February, 2004.

KEVIN F. ROWE, Clerk

By _Rosalie A. Krajcik_
Deputy Clerk

Entered on Docket _____